(February 24, 1982)

■ Natural Resources Defense Council, Inc., et al. v City of New York et al. (And Another Action.) — Upon the court's own motion, the order of this court entered on February 23, 1982 [86 AD2d 818] is recalled and resettled as indicated in the order of this court. Resettled order signed and filed. Concur — Sandler, J. P., Sullivan, Ross, Lupiano and Silverman, JJ.